KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7210
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    3 05 70544 |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE |
| v. | ) | FROM JANUARY 26, 2006 TO MARCH 9, 2006 AND EXCLUDING TIME FROM |
| CHRISTINE CARPENTER, | ) | THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § |
| Defendant. | ) | 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

       With the agreement of the parties, and with the consent of the defendant, the Court enters

this order scheduling an arraignment or preliminary hearing date of March 9, 2006 at 9:30A.M.

before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

Speedy Trial Act, 18 U.S.C. § 3161(b), from January 26, 2006 to March 9, 2006.  The parties

agree, and the Court finds and holds, as follows:

       1.  The defendant has been released on her own recognizance.

       2.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.

       3.  The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

preliminary hearing.

4.  Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

5.  The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 26, 2006 to March 9, 2006, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

6.  Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on March 9, 2006, at 9:30A.M., and (2) orders that the period from January 26, 2006 to March 9, 2006 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


IT IS SO STIPULATED:


DATED:  January 25, 2006                    _____/s_____
                                            RON TYLER
                                            Attorney for Defendant


DATED: January 25, 2006                     _____/s_____
                                            ROBERT DAVID REES
                                            Assistant United States Attorney


IT IS SO ORDERED.


DATED: _January 26, 2006___                 _____
                                            HON. JOSEPH C. SPERO
                                            United States Magistrate Judge

2